UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MABEL MARCELLA CASTELLON | * * * | CIVIL ACTION NO.: 2:19 cv 11900 |
| VERSUS | * * * | JUDGE: MILAZZO |
| JAMES RIVER INSURANCE COMPANY | * * | MAGISTRATE: NORTH |

*******************************************************************

**MOTION FOR A SECOND EXTENSION OF DISCOVERY CUTOFF**

Plaintiff moves to extend the discovery cutoff for another sixty (60) days.

Respectfully Submitted,

**THE CALUDA LAW FIRM**

_____
**ROBERT J. CALUDA, BAR # 3804**
3232 Edenborn Avenue
Metairie, Louisiana 70002
Telephone: (504) 586-0361
Facsimile: (504) 522-5161
Email: rcaluda@rcaluda.com
*Attorney for Plaintiff, Mabel Marcella Castellon*

**CERTIFICATE OF SERVICE**
I certify that a copy of the foregoing
pleading has been served upon counsel
for all parties by faxing and/or mailing
same to each property addressed and postage
prepaid on this ___ day of _____, 2020.

_____
ROBERT J. CALUDA