UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MABEL MARCELLA CASTELLON | * * * | CIVIL ACTION NO.: 2:19 cv 11900 |
| VERSUS | * * | JUDGE: MILAZZO |
| JAMES RIVER INSURANCE COMPANY | * * | MAGISTRATE: NORTH |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF
MOTION FOR SECOND EXTENSION OF DISCOVERY CUTOFF**

Per the motion to overrule the magistrate judge's decision, (if granted by the district court), plaintiff needs additional time to complete discovery because of the magistrate's granting the motion to quash the 30(b)(6) deposition. Since there is no trial date or any other cutoff dates in this case due to COVID-19, no one would be prejudiced by another extension of the discovery cutoff.

                                         Respectfully Submitted,

                                         **THE CALUDA LAW FIRM**

                                         _/s/ Robert J. Caluda_
                                         **ROBERT J. CALUDA, BAR # 3804**
                                         3232 Edenborn Avenue
                                         Metairie, Louisiana 70002
                                         Telephone: (504) 586-0361
                                         Facsimile: (504) 522-5161
                                         Email: rcaluda@rcaluda.com
                                         *Attorney for Plaintiff, Mabel Marcella Castellon*

**CERTIFICATE OF SERVICE**
I certify that a copy of the foregoing
pleading has been served upon counsel
for all parties by faxing and/or mailing
same to each property addressed and postage
prepaid on this _15_ day of _June_, 2020.

_/s/ Robert J. Caluda_
ROBERT J. CALUDA